**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0052

Susan Russo Marchand, et al.

- - Versus - -

Texas Brine Company, LLC, et al.

23rd Judicial District Court
Case #: 34270
Assumption Parish

On Application for Rehearing filed on 01/10/2020 by Texas Brine Company

Rehearing _____ *Denied* _____

_____
John Michael Guidry

_____
Jewel E. "Duke" Welch

_____
Mitchell R. Theriot

Date __ JAN 2 3 2020 _____

_____
Rodd Naquin, Clerk